## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-23369 |
| | ) | |
| JOHN C. ROGERS and MARA ROGERS, | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | |

### FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of John C. Rogers and Mara Rogers (the "Debtors"), by her attorneys, FrankGecker LLP, respectfully presents this report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), and states as follows:

1. Pursuant to Court Order dated July 9, 2014 (the "Sale Order"), Trustee was authorized to sell the right, title and interest in the Debtors' 500 shares of Roberts Road Management Co. Inc. ("Shares"), in which they held a 50% interest (see Exhibit A).

2. The Shares were sold to James Relstab for $33,639.00 on July 14, 2014.

3. The sale of Shares has concluded, and the Trustee did not incur any third-party closing expenses related to the sale.

Dated: July 31, 2014

Respectfully submitted,

FRANCES GECKER, not individually but as Chapter 7 Trustee of the bankruptcy estate of JOHN C. ROGERS and MARA ROGERS,

By:     /s/     Zane L. Zielinski
          One of her attorneys

Zane L. Zielinski (IL Bar No. 6278776)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035
zzielinski@fgllp.com

{ROGERSJ/001/00039478.DOCX/}