UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                  §
                                        §
JOHN C ROGERS                           §    Case No. 13-23369
MARA ROGERS                             §
                                        §
                                        §
          Debtors                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  219 S. Dearborn Street
                  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/04/2016 in Courtroom 613 (Judge Deborah L. Thorne),

              EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
              219 S. DEARBORN STREET
              CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/29/2016               By: /s/  Frances Gecker
                                              Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JOHN C ROGERS § Case No. 13-23369
MARA ROGERS §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 33,639.00 |
| and approved disbursements of | $ | 4,940.75 |
| leaving a balance on hand of[1] | $ | 28,698.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 3,857.90 | $ 0.00 | $ 3,857.90 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 6,205.00 | $ 0.00 | $ 6,205.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 47.68 | $ 0.00 | $ 47.68 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 1,440.20 | $ 0.00 | $ 1,440.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 15.52 | $ 0.00 | $ 15.52 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

|   | Total to be paid for chapter 7 administrative expenses | $ | 11,826.30 |
|---|---|---|---|
|   | Remaining Balance | $ | 16,871.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,132.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | $ 9,132.18 | $ 0.00 | $ 9,132.18 |

|   | Total to be paid to priority creditors | $ | 9,132.18 |
|---|---|---|---|
|   | Remaining Balance | $ | 7,739.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,793.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 301.57 | $ 0.00 | $ 48.84 |
| 2U | ILLINOIS DEPARTMENT OF REVENUE | $ 1,158.90 | $ 0.00 | $ 187.67 |
| 3 | WELLS FARGO BANK | $ 35,410.48 | $ 0.00 | $ 5,734.39 |
| 4 | CAPITAL ONE NA | $ 301.15 | $ 0.00 | $ 48.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 10,621.79 | $ 0.00 | $ 1,720.10 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 7,739.77 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-23369-DLT
John C Rogers                                                   Chapter 7
Mara Rogers
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 2              Date Rcvd: Mar 30, 2016
                              Form ID: pdf006           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2016.
```
db/jdb        +John C Rogers,    Mara Rogers,    381 Marigold Circle,    Matteson, IL 60443-2875
aty            Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                Chicago, IL 60610
20571900       Barclays Bank Delaware,    c/o Northstar Location Services LLC,    4285 Genesee Street,
                Buffalo, NY 14225-1943
20571907      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank, N. A.,     P. O. Box 688901,    Des Moines, IA 50368-8901)
22385938       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20571902       Carsons/Comenety Bank,    P. O. Box 182782,    Columbus, OH 43218-2782
20571903       Chase/Freedom,    P. O. Box 15298,    Wilmington, DE 19850-5298
20571905       Chase/Sapphire,    P. O. Box 15298,    Wilmington, DE 19850-5298
20571904       Chase/Sapphire,    c/o ARS National Services, Inc.,    P. O. Box 463023,
                Escondido, CA 92046-3023
22173552      +Citi,   POB 6500,    Sioux Falls, SD 57117-6500
20571911      +Citibank, N. A.,    c/o GC Services Limited Partnership,    6330 Gulfton,
                Houston, TX 77081-1108
20571909      +Citibank, N. A.,    c/o United Collection Bureau, Inc.,    5620 Southwyck Boulevard, Suite 206,
                Toledo, OH 43614-1501
20571912       FIA Card Services,    P. O. Box 15026,    Wilmington, DE 19850-5026
20571917      +GE Capital/Steinmart,    Professional Bureau of Collections,    P. O. Box 628,
                Elk Grove, CA 95759-0628
20571918      +HSBC,   P. O. Box 13337,    Philadelphia, PA 19101-3337
22173554      +James Relstab,    10401 S Roberts Rd,    Palos Hills, IL 60465-2081
20571921      +Macy's,   P. O. Box 8218,    Mason, OH 45040-8218
22173556       Radiology Imaging Consult,    9413 Eagle Way,    Chicago, IL 60678-1094
22173558      +Rogers Relstab & Co PC,    10401 S Roberts Rd,    Palos Hills, Il 60465-2081
20571922      +Settlers Pond Townhouse Association,    P. O. Box 1224,    Frankfort, IL 60423-7224
20571924      +Standard Bank and Trust Company,    c/o William J. Bryan,    17926 Dixie Highway,
                Homewood, IL 60430-3055
20571925      +Wells Fargo,    P. O. Box 29482,    Phoenix, AZ 85038-9482
22370422      +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
20571926      +Wells Fargo Home Mortgage,    P. O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22173551      +E-mail/Text: egssupportservices@egscorp.com Mar 31 2016 00:54:16      Barclay's Bank Delaware,
                c/o NCO Financial Systems Inc,    507 Prudential Road,    Horsham, PA 19044-2308
20571901      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2016 00:59:27
                Capital One/GM World Card/HSBC,    c/o Portfolio Recovery Associates,    P. O. Box 12914,
                Norfolk, VA 23541-0914
20571906      +E-mail/Text: mmeyers@blittandgaines.com Mar 31 2016 00:55:37      Citibank, N. A.,
                c/o Blitt and Gaines, P. C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
20571910       E-mail/Text: cms-bk@cms-collect.com Mar 31 2016 00:53:23      Citibank, N. A.,
                c/o Capital Management Services LP,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
20571915      +E-mail/Text: bankruptcy@affglo.com Mar 31 2016 00:54:05      FIA Card Sevices, N. A.,
                c/o Leading Edge Recovery,    5440 N. Cumberland Ave., Suite 300,    Chicago, IL 60656-1486
20571913      +E-mail/Text: bankruptcy@affglo.com Mar 31 2016 00:54:05      Fia Card Services, N. A.,
                c/o Leading Edge Recovery Solutions,    5440 N. Cumberland Ave., Suite 300,
                Chicago, IL 60656-1486
22173553      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:07      GE Capital Retail Bank/JCP,
                Attention: Bankruptcy Dept,    POB 103104,    Roswell, GA 30076-9104
20571916       E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2016 00:59:27      GE Capital/Steinmart,
                P. O. Box 960013,    Orlando, FL 32896-0013
20571919       E-mail/Text: rev.bankruptcy@illinois.gov Mar 31 2016 00:53:58
                Illinois Department of Revenue,    Bankuptcy Section Level 7-425,    100 W. Randolph Street,
                Chicago, IL 60601
22288247       E-mail/Text: rev.bankruptcy@illinois.gov Mar 31 2016 00:53:58
                Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago IL 60664-0338
22173555       E-mail/Text: bnckohlsnotices@becket-lee.com Mar 31 2016 00:53:05      Kohl's,    POB 3043,
                Milwaukee, WI 53201-3043
20571920       E-mail/Text: bnckohlsnotices@becket-lee.com Mar 31 2016 00:53:05      Kohl's Payment Center,
                P. O. Box 2983,    Milwaukee, WI 53201-2983
22538351       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2016 01:17:41
                Portfolio Recovery Associates, LLC,    Successor to CAPITAL ONE, N.A. (GENERAL,    POB 41067,
                Norfolk, VA 23541
22216109       E-mail/Text: bnc-quantum@quantum3group.com Mar 31 2016 00:53:38
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
20571923      +E-mail/Text: james.carroll@standardbanks.com Mar 31 2016 00:53:22
                Standard Bank and Trust Co.,    Customer Service,    7800 West 95th Street,
                Hickory Hills, IL 60457-2298
                                                                                              TOTAL: 15
```

```
District/off: 0752-1          User: cgreen              Page 2 of 2                  Date Rcvd: Mar 30, 2016
                              Form ID: pdf006           Total Noticed: 39


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20571896*      +Bank of America,   P. O. Box 53150,    Phoenix, AZ 85072-3150
20571897*      +Bank of America,   P. O. Box 53150,    Phoenix, AZ 85072-3150
20571898*      +Bank of America,   P. O. Box 53150,    Phoenix, AZ 85072-3150
20571899*      +Bank of America,   P. O. Box 53150,    Phoenix, AZ 85072-3150
20571908*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank, N. A.,   P. O. Box 688901,   Des Moines, IA 50368-8901)
20571914*      +FIA Card Services, N. A.,   c/o Leading Edge Recovery Solutions,
                5440 N. Cumberland Ave., Ste. 300,    Chicago, IL 60656-1486
20571895     ##+Bank of America,   P. O. Box 53150,    Phoenix, AZ 85072-3150
22173557     ##+Rehabilitation Specialist-Chicago,    Physician Billing Office,   1551 Huntington Drive,
                Calumet City, IL 60409-5440
                                                                                              TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2016 at the address(es) listed below:
          David E Grochocinski    on behalf of Debtor 1 John C Rogers lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    on behalf of Debtor 2 Mara  Rogers lawyers@innovalaw.com,
           lawyers@innovalaw.com
          Frances  Gecker    fgecker@fgllp.com,   fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Frances  Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Kathleen M. McGuire    on behalf of Debtor 1 John C Rogers kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Kathleen M. McGuire    on behalf of Debtor 2 Mara  Rogers kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
           ccarpenter@fgllp.com;csmith@fgllp.com
          Nisha B Parikh    on behalf of Creditor   Wells Fargo Bank, NA bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
           nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 10
```