**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHN C ROGERS | § | Case No. 13-23369 |
| MARA ROGERS | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 220,000.00                   Assets Exempt: 13,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 16,871.95    Claims Discharged
                                                Without Payment: 518,957.82

Total Expenses of Administration: 14,207.05

---

3) Total gross receipts of $ 33,639.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,560.00 (see **Exhibit 2**), yielded net receipts of $ 31,079.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 227,273.78 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,207.05 | 14,207.05 | 14,207.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,568.00 | 9,132.18 | 9,132.18 | 9,132.18 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 294,776.57 | 47,793.89 | 47,793.89 | 7,739.77 |
| **TOTAL DISBURSEMENTS** | $ 528,618.35 | $ 71,133.12 | $ 71,133.12 | $ 31,079.00 |

    4)  This case was originally filed under chapter 7 on  06/05/2013 .  The case was pending for 36 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/02/2016          By:/s/Frances Gecker
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 500 SHARES OF ROBERTS ROAD | 1223-000 | 33,639.00 |
| TOTAL GROSS RECEIPTS | | $33,639.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John C. Rogers, Mara Rogers | Exemptions | 8100-002 | 2,560.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 2,560.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Settlers Pond Townhouse Association P. O. Box 1224 Frankfort, IL 60423 | | 1,100.00 | NA | NA | 0.00 |
| | Standard Bank and Trust Co. Customer Service 7800 West 95th Street Hickory Hills, IL 60457 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Standard Bank and Trust Company c/o William J. Bryan 17926 Dixie Highway Homewood, IL 60430 | | 89,173.78 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage P. O. Box 10335 Des Moines, IA 50306 | | 137,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 227,273.78 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 3,857.90 | 3,857.90 | 3,857.90 |
| ADAMS-LEVINE | 2300-000 | NA | 18.87 | 18.87 | 18.87 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 17.57 | 17.57 | 17.57 |
| Bank of New York Mellon | 2600-000 | NA | 127.28 | 127.28 | 127.28 |
| The Bank of New York Mellon | 2600-000 | NA | 238.03 | 238.03 | 238.03 |
| CLERK OF THE U. S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,979.00 | 1,979.00 | 1,979.00 |
| FRANKGECKER LLP | 3110-000 | NA | 6,205.00 | 6,205.00 | 6,205.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANKGECKER LLP | 3120-000 | NA | 47.68 | 47.68 | 47.68 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 1,440.20 | 1,440.20 | 1,440.20 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 15.52 | 15.52 | 15.52 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,207.05 | $ 14,207.05 | $ 14,207.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 6,568.00 | 9,132.18 | 9,132.18 | 9,132.18 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,568.00 | $ 9,132.18 | $ 9,132.18 | $ 9,132.18 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P. O. Box 53150 Phoenix, AZ 85012 | | 10,124.76 | NA | NA | 0.00 |
| | Bank of America P. O. Box 53150 Phoenix, AZ 85012 | | 14,084.82 | NA | NA | 0.00 |
| | Bank of America P. O. Box 53150 Phoenix, AZ 85012 | | 6,600.63 | NA | NA | 0.00 |
| | Bank of America P. O. Box 53150 Phoenix, AZ 85012 | | 15,446.19 | NA | NA | 0.00 |
| | Bank of America P. O. Box 53150 Phoenix, AZ 85012 | | 10,245.94 | NA | NA | 0.00 |
| | Barclays Bank Delaware c/o Northstar Location Services LLC 4285 Genesee Street Buffalo, NY 14225-1943 | | 1,342.09 | NA | NA | 0.00 |
| | Chase/Freedom P. O. Box 15298 Wilmington, DE 19850-5298 | | 18,346.87 | NA | NA | 0.00 |
| | Chase/Sapphire c/o ARS National Services, Inc. P. O. Box 463023 Escondido, CA 92046-3023 | | 10,869.51 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/Sapphire P. O. Box 15298 Wilmington, DE 19850-5298 | | 0.00 | NA | NA | 0.00 |
| | Citibank, N. A. c/o Blitt and Gaines, P. C. 661 Glenn Avenue Wheeling, IL 60090 | | 14,449.03 | NA | NA | 0.00 |
| | Citibank, N. A. c/o Capital Management Services LP 698 1/2 South Ogden Street Buffalo, NY 14206-2317 | | 18,721.79 | NA | NA | 0.00 |
| | Citibank, N. A. c/o GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | 36,839.65 | NA | NA | 0.00 |
| | Citibank, N. A. c/o United Collection Bureau, Inc. 5620 Southwyck Boulevard, Suite 206 Toledo, OH 43614 | | 36,254.59 | NA | NA | 0.00 |
| | Citibank, N. A. P. O. Box 688901 Des Moines, IA 50368-8901 | | 0.00 | NA | NA | 0.00 |
| | Citibank, N. A. P. O. Box 688901 Des Moines, IA 50368-8901 | | 0.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIA Card Services P. O. Box 15026 Wilmington, DE 19850-5026 | | 5,030.56 | NA | NA | 0.00 |
| | FIA Card Services, N. A. c/o Leading Edge Recovery Solutions 5440 N. Cumberland Ave., Ste. 300 Chicago, IL 60656-1490 | | 14,794.87 | NA | NA | 0.00 |
| | Fia Card Services, N. A. c/o Leading Edge Recovery Solutions 5440 N. Cumberland Ave., Suite 300 Chicago, IL 60656-1490 | | 10,834.14 | NA | NA | 0.00 |
| | FIA Card Sevices, N. A. c/o Leading Edge Recovery 5440 N. Cumberland Ave., Suite 300 Chicago, IL 60656-1490 | | 16,449.67 | NA | NA | 0.00 |
| | GE Capital/Steinmart P. O. Box 960013 Orlando, FL 32896-0013 | | 0.00 | NA | NA | 0.00 |
| | GE Capital/Steinmart Professional Bureau of Collections P. O. Box 628 Elk Grove, CA 95759 | | 3,694.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC P. O. Box 13337 Philadelphia, PA 19101 | | 7,131.00 | NA | NA | 0.00 |
| | Macy's P. O. Box 8218 Mason, OH 45040-6218 | | 369.69 | NA | NA | 0.00 |
| 4 | CAPITAL ONE NA | 7100-000 | 231.98 | 301.15 | 301.15 | 48.77 |
| 2U | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 1,158.90 | 1,158.90 | 187.67 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 10,624.70 | 10,621.79 | 10,621.79 | 1,720.10 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 289.97 | 301.57 | 301.57 | 48.84 |
| 3 | WELLS FARGO BANK | 7100-000 | 32,000.00 | 35,410.48 | 35,410.48 | 5,734.39 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 294,776.57 | $ 47,793.89 | $ 47,793.89 | $ 7,739.77 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-23369 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | JOHN C ROGERS | | | | Date Filed (f) or Converted (c): | 06/05/2013 (f) |
| | MARA ROGERS | | | | 341(a) Meeting Date: | 07/26/2013 |
| For Period Ending: | 06/02/2016 | | | | Claims Bar Date: | 10/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 10946 SETTLERS POND COURT, FRANKFORT IL | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH BMO HARRIS BANK | 2,820.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT WITH STANDARD BANK | 120.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT WITH STANDARD BANK | 100.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNITURE INCLUDING A LEASED H | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. USUAL AND ORDINARY WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 9. EMPLOYMENT AGREEMENT WITH RELSTAB & CO., P. C. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2005 CADILLAC DEVILLE | 5,100.00 | 0.00 | | 0.00 | FA |
| 11. 500 SHARES OF ROBERTS ROAD          (u) | 42,000.00 | 31,079.00 | | 33,639.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $272,440.00 | $31,079.00 | | $33,639.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 06/01/2015      Current Projected Date of Final Report (TFR): 03/04/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-23369
Case Name: JOHN C ROGERS
MARA ROGERS
Taxpayer ID No: XX-XXX1257
For Period Ending: 06/02/2016

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1970
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7600 | Transfer of Funds | 9999-000 | $28,717.12 | | $28,717.12 |
| 02/15/16 | 5001 | ADAMS-LEVINE<br>370 LEXINGTON AVENUE, SUITE 1101<br>NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $18.87 | $28,698.25 |
| 05/05/16 | 5002 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,857.90 | $24,840.35 |
| 05/05/16 | 5003 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $24,580.35 |
| 05/05/16 | 5004 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $6,252.68 | $18,327.67 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($6,205.00) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($47.68) | 3120-000 | | | |
| 05/05/16 | 5005 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $1,455.72 | $16,871.95 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($1,440.20) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($15.52) | 3420-000 | | | |
| 05/05/16 | 5006 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Distribution | | | $9,319.85 | $7,552.10 |

Page Subtotals: $28,717.12   $21,165.02

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-23369 | Trustee Name: | Frances Gecker |
| Case Name: | JOHN C ROGERS | Bank Name: | Associated Bank |
| | MARA ROGERS | Account Number/CD#: | XXXXXX1970 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1257 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 2 ($9,132.18) representing a payment of 100.00 % per court order. | 5800-000 | | | |
| | | ILLINOIS DEPARTMENT OF REVENUE | Final distribution to claim 2 ($187.67) representing a payment of 16.19 % per court order. | 7100-000 | | | |
| 05/05/16 | 5007 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 16.19 % per court order. | 7100-000 | | $48.84 | $7,503.26 |
| 05/05/16 | 5008 | WELLS FARGO BANK<br>WELLS FARGO BANK, N.A.<br>BUSINESS DIRECT DIVISION<br>P.O. BOX 29482<br>PHOENIX, AZ 85038-8650 | Final distribution to claim 3 representing a payment of 16.19 % per court order. | 7100-000 | | $5,734.39 | $1,768.87 |
| 05/05/16 | 5009 | CAPITAL ONE  NA<br>CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 4 representing a payment of 16.19 % per court order. | 7100-000 | | $48.77 | $1,720.10 |
| 05/05/16 | 5010 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CAPITAL ONE, N.A. (GENERAL<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 5 representing a payment of 16.19 % per court order. | 7100-000 | | $1,720.10 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $28,717.12 | $28,717.12 |
| Less: Bank Transfers/CD's | $28,717.12 | $0.00 |
| Subtotal | $0.00 | $28,717.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $28,717.12 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00  $7,552.10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23369 | Trustee Name: | Frances Gecker |
| Case Name: | JOHN C ROGERS | Bank Name: | The Bank of New York Mellon |
| | MARA ROGERS | Account Number/CD#: | XXXXXX7600 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1257 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/14 | 11 | JAMES RELSTAB CASHIER'S CHECK | Purchased Shares | 1223-000 | $33,639.00 | | $33,639.00 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $29.03 | $33,609.97 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $49.96 | $33,560.01 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $48.29 | $33,511.72 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.82 | $33,461.90 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.14 | $33,413.76 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.67 | $33,364.09 |
| 01/23/15 | 10000 | JOHN C. ROGERS AND MARA ROGERS 381 MARIGOLD CIRCLE MATTESON, IL 60443 | Debtors' Exemption | 8100-002 | | $2,560.00 | $30,804.09 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.11 | $30,754.98 |
| 02/10/15 | 10001 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $17.57 | $30,737.41 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.29 | $30,696.12 |
| 03/27/15 | 10002 | ILLINOIS DEPARTMENT OF REVENUE P.O. Box 19053 Springfield, IL 62794-9053 | 2014 Form IL-1041; FEIN 38-7071257 | 2820-000 | | $1,979.00 | $28,717.12 |
| 07/08/15 | | Transfer to Acct # xxxxxx1970 | Transfer of Funds | 9999-000 | | $28,717.12 | $0.00 |
| | | | Page Subtotals: | | $33,639.00 | $33,639.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $33,639.00 | $33,639.00 |
| Less: Bank Transfers/CD's | $0.00 | $28,717.12 |
| Subtotal | $33,639.00 | $4,921.88 |
| Less: Payments to Debtors | $0.00 | $2,560.00 |
| Net | $33,639.00 | $2,361.88 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1970 - Checking | $0.00 | $28,717.12 | $0.00 |
| XXXXXX7600 - Checking Account (Non-Interest Earn | $33,639.00 | $2,361.88 | $0.00 |
| | $33,639.00 | $31,079.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $33,639.00 |
| Total Gross Receipts: | $33,639.00 |